**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ECLIPSE AESTHETICS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-cv-3748-M |
| | § | |
| REGENLAB USA, LLC, *et al.*, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the parties' Joint Motion to Dismiss with Prejudice [ECF No. 168]. The parties move to dismiss with prejudice all claims, counterclaims, and third party claims asserted, against and/or between Plaintiff Eclipse Aesthetics, LLC, and Defendants RegenLab USA, LLC, RegenLab SA, Antoine Turzi, Edward Von Hornstein, and Guy Fortier, and Third Party Defendants Sanjay and Amy Batra. In addition, all attorneys' fees and costs are to be borne by the party that incurred them. The Joint Motion is **GRANTED.**

IT IS ORDERED that all claims asserted in this suit, including any claims asserted in the member case consolidated with this case on September 12, 2016, by Plaintiff Eclipse Aesthetics, LLC, against Defendants RegenLab USA, LLC, RegenLab SA, Antoine Turzi, Edward Von Hornstein, and Guy Fortier, are **DISMISSED WITH PREJUDICE**. All counterclaims asserted in this suit, including any counterclaims asserted in the member case consolidated with this case on September 12, 2016, by Defendants RegenLab USA, LLC, and RegenLab SA, against Plaintiff Eclipse Aesthetics, LLC, are **DISMISSED WITH PREJUDICE**. All Third Party claims asserted in this suit and, including any Third Party claims asserted in the member case consolidated with

this case on September 12, 2016, by Defendants RegenLab USA, LLC, and RegenLab SA, against Third Party Defendants Sanjay and Amy Batra are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

February 28, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE